# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136738

RODNEY MCCORMICK,
      Plaintiff-Appellant,

v

                                             SC: 136738
                                             COA: 275888
                                             Genesee CC: 06-083549-NI

LARRY CARRIER,
      Defendant,

and

GENERAL MOTORS CORPORATION,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2008                      _____

d1015                                   Clerk